### 48001. MITCHELL v. THE STATE.
### 48002. GRAHAM v. THE STATE.

STOLZ, Judge. A review of the records in these companion appeals from judgments of conviction and sentence for the offense of burglary, reveals that the verdicts were authorized by the evidence; therefore, no error of law appearing, the judgments must be, and are hereby, affirmed.

*Judgments affirmed. Eberhardt, P. J., and Pannell, J., concur.*

SUBMITTED APRIL 9, 1973 — DECIDED APRIL 13, 1973.

James Mitchell, *pro se,* Melvin Graham, *pro se.*
*Bacheller Flythe,* for appellee.